IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEBT BUYERS, INC., dba FREEDOM CAPITAL, CITIBANK, and DOES 1 to 30<br><br>　　　　Defendant(s). | No. CV 09-05075 CRB<br><br>ORDER RE: ARGUMENT |

　　　　Now pending before the Court is Defendant Citibank's Motion to Dismiss Plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(6).

　　　　The Court has reviewed Plaintiff's Complaint and her Opposition to Defendant's Motion to Dismiss, and notes that Plaintiff alleges damages of $3,000,000.00. However, the only specific component of that $3,000,000.00 that Plaintiff identifies in her papers is $180.00.[1] The Court requires further clarification.

---

[1]　　Opp. at 6 ("If necessary, plaintiff can amend the complaint to show she paid $180.00 to answer Debt Buyers complaint.").

As a court of limited jurisdiction, it is the responsibility of the Court to ensure that it has subject matter jurisdiction.  See Allstate Ins. Co. v. Hughes, 358 F.3d 1089, 1093 (9th Cir. 2004).  Although Defendant removed this action on both diversity and federal question grounds,[2] the Court wishes to make certain that diversity grounds exist.  Accordingly, Plaintiff is directed to come to the motion hearing on December 18, 2009 prepared to describe with specificity how the amount in controversy exceeds $75,000 as required by 28 U.S.C. § 1332(a).

**IT IS SO ORDERED**.

DATED: December 15, 2009

CHARLES R. BREYER
United States District Judge

---

[2] Plaintiff's complaint alleges that Defendant's conduct was "a violation of law including U.S. Title 15, sec 1680 et. seq." but does not identify the specific provision(s) of federal law that were allegedly violated.  See Compl. at 6.

2