1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  MARCOS D. SASSO (State Bar No. 228905)
   ERIC Y. HWANG (State Bar No. 258966)
3  2029 Century Park East, Suite 1800
   Los Angeles, California 90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email: lacalendar@Stroock.com

6  Attorneys for Defendant
     CITIBANK (SOUTH DAKOTA), N.A., erroneously
7    sued as CITIBANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA TURNER, | Case No. C 09-05075 CRB |
| Plaintiff, | [Assigned to the Hon. Charles R. Breyer] |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| DEBT BUYERS, INC., dba FREEDOM CAPITAL, CITIBANK, and DOES 1 to 30, | |
| Defendants. | **F.R.C.P. 41(a)(1)** |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51217671

Dec-16-2009 02:43pm   From-STROOCK&STROOCK&LAVAN LLP         +3105556859         T-890  P.003/003  F-821

1  **IT IS HEREBY STIPULATED** by and between plaintiff Pamela Turner ("Plaintiff"), on
2  the one hand, and defendant Citibank (South Dakota), N.A. ("Citibank"), erroneously sued in the
3  Complaint as "Citibank", through their designated counsel, on the other hand, that the above-
4  captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rule of Civil
5  Procedure 41(a)(1), including all claims asserted by Plaintiff against Citibank.
6  **IT IS SO STIPULATED.**

Dated: December 16, 2009

RYAN & TABOR
ALLAN M. TABOR

By: _____
        Allan M. Tabor

Attorneys for Plaintiff
PAMELA TURNER

Dated: December 16, 2009

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
ERIC Y. HWANG

By: _____
        Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.

Dec. 17, 2009

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 09-05075 CRB